## LINDSEY et al. v. ALLEN.

FISH, J. The rulings made when this case was formerly before this court (*Allen v. Lindsey*, 113 *Ga.* 521) adjudicate adversely to the plaintiffs in error all questions presented by the present bill of exceptions. It was, therefore, not erroneous for the judge to direct a verdict for the defendant.

*Judgment affirmed. All the Justices concurring, except Lumpkin, P. J., absent.*

Argued November 21,—Decided December 13, 1902

Ejectment. Before Judge Reagan. Butts superior court. August 20, 1902.

*John R. L. Smith,* for plaintiffs.

*M. W. Beck, Y. A. Wright,* and *B. P. Bailey,* for defendant.